UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

FRANCISCO RAY BERRIOS

Case No. 10-07309-BKC-3G7

_____Debtor(s)._____

## TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 1996 Toyota Camry LE, VIN - 4T1BG12K0TU753898, wedding ring, watch, miscellaneous hand tools, lawn mower, miter saw, household goods and furnishings, for the total sum of $3,000.00, to be paid in ten monthly installments of $300.00 per month to the trustee, commencing February 15, 2011. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 17, 2011.

GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October 17, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**FRANCISCO RAY BERRIOS**  Case No. **10-07309-BKC-3G7**

            **Debtor(s).**

## CERTIFICATE OF SERVICE OF TRUSTEE'S
## NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October ___, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

/s/ Gregory K. Crews
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

Label Matrix for local noticing
113A-3
Case 3:10-bk-07309-PMG
Middle District of Florida
Jacksonville
Mon Oct 17 13:06:31 EDT 2011

CitiFinancial, Inc
P.O. Box 140489
Irving, TX 75014-0489

Citicorp Trust Bank
P.O. Box 140489
Irving, TX 75014-0489

AAFES/MIL STAR/EXCHANGE
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

American InfoSource LP as agent for Citibank
PO Box 248840
Oklahoma City, OK 73124-8840

American Infosource Lp As Agent for
Citibank (South Dakota) N.A.
PO Box 248840
Oklahoma City, OK 73124-8840

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065-6285

Francisco Ray Berrios
585 Black Forest Drive
Saint Johns, FL 32259-8350

Gary S Blake
Gladstone Law Group P.A.
1499 West Palmetto Park Rd. #300
Boca Raton, FL 33486-3322

Capital Management Services, LP
726 Exchange St. Suite 700
Buffalo, NY 14210-1464

Capital One Bank (USA), N.A.
by American Infosource Lp As Agent
PO Box 248839
Oklahoma City, OK 73124-8839

Capital One, N.a.
C/O American Infosource
PO Box 54529
Oklahoma City, OK 73154-1529

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Bank Usa, Na
Po Box 15298
Wilmington, DE 19850-5298

Citibank Sd, Na
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195-0507

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202-2120

Citifinancial Retail Services
Citifinancial/Attn: Bankruptcy Dept
1111 Northpoint Dr
Coppell, TX 75019-3831

Gregory K. Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

Discover Bank
Dfs Services LLC
PO Box 3025
New Albany, OH 43054-3025

Discover Fin
Attention: Bankruptcy Department
PO Box 3025
New Albany, OH 43054-3025

Nancy A Draughon
Law Office of Nancy Akel Draughon, P.A.
3733 University Blvd W Suite 212
Jacksonville, FL 32217-2155

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

GE Money Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Gemb/Dillards
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

I.c. System Inc.
Po Box 64378
Saint Paul, MN 55164-0378

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Kay Jewelers
PO Box 1799
Akron, OH 44309-1799

Law Office of Nancy Akel Draughon, PA
3733 University Blvd W Suite 212
Jacksonville, FL 32217-2155

Lowes / MBGA
Attention: Bankruptcy Department
PO Box 103104
Roswell, GA 30076-9104

| | | |
|---|---|---|
| Mil Star<br>Attention: Bankruptcy<br>PO Box 650062<br>Dallas, TX 75265-0062 | Military Star<br>3911 Walton Walker<br>Dallas, TX 75236-1509 | NEX/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 |
| Sea West Coast Guard F<br>8750 Mountain Blvd<br>Oakland, CA 94605-4500 | St Johns County Tax Collector<br>Post Office Box 9001<br>Saint Augustine FL 32085-9001 | USAA Federal Savings Bank<br>10750 McDermott Fwy<br>San Antonio, TX 78288-1600 |
| United States Trustee - JAX 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | Usaa Federal Savings<br>Po Box 47504<br>San Antonio, TX 78265-7504 | Weisfield Jewelers<br>Attn: Bankruptcy<br>PO Box 3680<br>Akron, OH 44309-3680 |
| Wells Fargo<br>Attn: Collection Servicing, 1st Floor, M<br>PO Box 31557<br>Billings, MT 59107-1557 | Western International University<br>9215 N. Black Canyon Highway<br>Phoenix, AZ 85021-0667 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American InfoSource LP as agent for Citiba<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | (u)BAC Home Loans Servicing, L.P. fka Country | (d)Francisco Ray Berrios<br>585 Black Forest Drive<br>Saint Johns, FL 32259-8350 |
| (u)Paul M. Glenn<br>Jacksonville | End of Label Matrix<br>Mailable recipients   40<br>Bypassed recipients    4<br>Total                 44 | |